UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:14-cr-128-FtM-29DNF

ANTHONY BAKER

_____

### OPINION AND ORDER

On May 12, 2015, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #52) to the Court recommending that Defendant's Motion to Suppress Tangible Evidence and Statements (Doc. #29) be denied. No objections have been filed, and the time to file such objections has expired.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State Bd. of

Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).   The district judge reviews legal conclusions *de novo*, even in the absence of an objection.   See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

## II.

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge.   Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1.   The Magistrate Judge's Report and Recommendation (Doc. #52) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2.   Defendant's Motion to Suppress Tangible Evidence and Statements (Doc. #29) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of June, 2015.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

-2-

Copies:
U.S. Magistrate Judge
Counsel of Record
DCCD